IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED.

| | |
|---|---|
| **PAMELA MARIE DESOTO,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Docket No. 3:14-cv-00822<br>) JURY DEMANDED |
| **BOARD OF PARKS AND RECREATION,<br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>TENNESSEE, and TOMMY LYNCH,<br>CHRIS TAYLOR, BRYAN IRVIN, JERRY<br>MOORE, KEVIN HOOPER, and DANNY<br>DUKE, in their official and individual<br>capacities,** | )<br>) JUDGE TRAUGER<br>) MAGISTRATE JUDGE GRIFFIN<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE SUR REPLY

Comes now, the Plaintiff, Pamela Marie DeSoto ("Sgt. DeSoto"), by and through counsel, and moves the Court for leave to file a Sur Reply to the Defendants' Joint Reply Brief in Support of Motions to Stay Discovery ("Reply"). (D.E. No. 50, PageID #: 1251-1264) In support, Sgt. DeSoto would state as follows:

On July 25, 2014, the Defendants filed a Reply to Sgt. DeSoto's Response regarding the Defendants' blanket stay request. (D.E. No. 49, PageID #: 876-897) Among other things, the Reply accused Sgt. DeSoto and her counsel of being disingenuous with the Court regarding her account of discovery in the parallel proceedings. (D.E. No. 50, PageID #: 1258-1259) As the Defendants stated, ***"Simply, Plaintiff's claims are false."*** (Id. at PageID #: 1259) (emphasis added)

Sgt. DeSoto respectfully submits that such a stark accusation, which is inaccurate, requires further response from her in the form of a Sur Reply. In addition, a Sur Reply is