**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 31, 2015

Mr. Joshua Douglas Arters
Law Offices
P.O. Box 1108
Brentwood, TN 37024

Ms. Rebecca C. Blair
Law Office
5214 Maryland Way
Suite 207
Brentwood, TN 37027

Mr. Kevin C. Klein
The Klein Law Office
814 Church Street
Suite 202
Nashville, TN 37203

Mr. Charles J. Mataya
Bradley Arant Boult Cummings
1600 Division Street
Suite 700
Nashville, TN 37203

Ms. Keli J. Oliver
Metropolitan Department of Law
P.O. Box 196300
Nashville, TN 37219

Mr. John Patrick Rodgers
Bradley Arant Boult Cummings
1600 Division Street
Suite 700
Nashville, TN 37203

Mr. Benjamin M. Rose
Law Offices
P.O. Box 1108
Brentwood, TN 37024

Mr. Edmund Scott Sauer
Bradley Arant Boult Cummings
1600 Division Street
Suite 700
Nashville, TN 37203

      Re: Case No. 14-6507, *Pamela Desoto v. Board Of Parks And Recreation, et al*
         Originating Case No. : 3:14-cv-00822

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

            Sincerely yours,

            s/Connie A. Weiskittel
            Mediation Administrator

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 14-6507

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

PAMELA MARIE DESOTO

    Plaintiff - Appellant

v.

BOARD OF PARKS AND RECREATION

    Defendant

and

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY; TOMMY LYNCH; CHRIS TAYLOR; BRYAN IRVIN; JERRY MOORE; KEVIN HOOPER; DANNY DUKE, In their official and individual capacities

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                          **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: March 31, 2015